UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NNAEMEKA ONYEKACHI ONYEAGWA,<br><br>                    Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                    Defendant. | 25 CIVIL 09427 (AEK)<br><br>**<u>JUDGMENT</u>** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 17, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. The parties further agree that if the Administrative Law Judge uses expert(s) to offer evidence, plaintiff will have the opportunity to cross-examine the expert(s) pursuant to the instructions in the Program Operations Manual System (POMS). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**    New York, New York
            June 17, 2026

                                          TAMMI M. HELLWIG
                                    _____
                                              **Clerk of Court**

                        **BY:**

                                    _____
                                              **Deputy Clerk**